UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BRETT E. DIRR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 3:06-MC-17 |
| | ) (Phillips) |
| UNITED STATES, *et al.*, | ) |
| | ) |
| Respondents | ) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion to dismiss by respondent, the United States. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the United States' motion to dismiss petition to quash IRS summonses is hereby **GRANTED,** whereby the petition to quash IRS summonses is **DISMISSED WITH PREJUDICE**.

Dated at Knoxville, Tennessee, this _____ day of July, 2006.

                                                       s/ Patricia L. McNutt
                                                        Clerk of Court